UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Margoth Lara Soriano and Cresensio Rodriguez Valle,<br><br>    Plaintiffs,<br><br>    v.<br><br>Marathon Systems, Inc. and Richard L. Mock, individually,<br><br>    Defendants. | Case No. 1:17-CV-1888 |

## ORDER

On August 14, 2017, the parties filed a joint motion for approval of their settlement agreement resolving Plaintiffs' Fair Labor Standards Act and Illinois wage and hour law claims against Defendants. (Docket # 17). After reviewing the terms of the settlement agreement, (Docket #20-1), the Court finds the parties' settlement constitutes "a fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*; *Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). As such, the Court will approve the parties' settlement agreement. Further, as requested, the Court will dismiss this action without prejudice and without taxing costs to either party. On April 15, 2018, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Accordingly,

MIL-28651426-1

**IT IS ORDERED** that the parties' joint motion for approval of the settlement agreement (Docket # 17) is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the parties' settlement agreement (Docket # 20-1) be and the same is hereby **APPROVED**; and

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED** without prejudice and without costs to any party. On April 15, 2018, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

ENTERED: 10/6/17

_____
JORGE L. ALONSO
U.S. District Judge